HUSSAM AYLOUSH declares under penalty of perjury that the following is true to the best of my knowledge:

1. I have been a lifelong human rights activist who seeks to promote societies in which all people, including immigrants, workers, minorities, and the needy enjoy freedom, justice, economic justice, respect, and equality.

2. I hold a B.S. degree in Aerospace Engineering from University of Texas, Austin in 1994 and an M.B.A. degree from California State University, Fullerton in 1999.

3. I have been Executive Director of the Council on American-Islamic Relations ("CAIR") in Southern California since 1998. I have appeared in, and written for, local, state, and national media on American Islamic issues.

4. I was recently elected as a delegate for the 60th Assembly District and Executive Board member to the CA Democratic Party for a second term and earlier as a delegate to the Democratic National Convention in 2012. Through CAIR's work of education and engagement, I have sought to maintain close contact with public officials and various law enforcement agencies to ensure a better understanding and treatment of Muslims. I serve on the board of the Muslim American Homeland Security Congress. I also formerly served on the Multi-Cultural Advisory Council (MCAC), which advises the Los Angeles bureau of the FBI.

5. I have known and worked with Cyrus McGoldrick and Linda Sarsour for years. All of us are aware of Steven Emerson's hostility to Muslim activists in general and to CAIR in particular, and we are familiar with his frequent references to CAIR as an "unindicted co-conspirator" in the case involving the Holy Land Foundation.

6. On November 19, 2012, I received a tweet from Linda Sarsour (@lsarsour), who tweeted to @cyrusmcgoldrick) and me the link to an article by Emerson with the comment, "damn these Islamophobes love us." I understood, as would any follower of ours, that this comment about Emerson's affection for us was not to be taken as fact, but was a sarcastic and humorous reference to how much Emerson seems to dislike CAIR, and how often Emerson tries to smear CAIR.

7. On the same day I received a tweet from McGoldrick, addressed to myself and Sarsour. "@lsarsour @hussama Steve Emerson is an unindicted co-conspirator in the largest child pornography case in US history." I, of course, understood that McGoldrick did not mean the statement literally. Referring to Emerson as a co-conspirator in a child pornography case was obviously a way of ridiculing Emerson's comment, which he makes frequently, that CAIR was an "unindicted co-conspirator in the largest terrorism financing case in history."

_____
    HUSSAM AYLOUSH

July 14, 2013